UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARMEKIA KENDRICK,

    Plaintiff,

v.                                Case No: 2:24-cv-1080-JES-NPM

CROSSCOUNTRY MORTGAGE, LLC;
KASS SHULER P.A.; RYAN P.
SUTTON; and other defendants
as applicable,

    Defendants.

_____

### ORDER

    On August 6, 2025, the Magistrate Judge issued a Text Order (Doc. #9) citing the Civil Action Order (Doc. #3) requirement to timely execute service of process or show cause why proof of service could not be timely filed. Plaintiff was directed to comply by August 20, 2025, or the failure to comply "may result in dismissal of this action without further notice." No response has been filed and the time to respond has expired. "A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay." M.D. Fla. R. 3.10.

    Accordingly, it is now

**ORDERED AND ADJUDGED:**

This action is **DISMISSED** without prejudice for failure to prosecute. The Clerk shall enter judgment accordingly, terminate all previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __2nd__ day of October 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record